IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| DAVID EUGENE SINQUEFIELD, #218 635 * | |
| Petitioner, * | |
| v. * | 2:07-CV-801-MEF |
| | (WO) |
| WARDEN LEWIS BOYD, *et al*., * | |
| Respondents. * | |

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Petitioner, David Sinquefield, filed this 28 U.S.C. § 2254 petition for habeas corpus relief in this court on September 6, 2007. Petitioner is currently serving a 60-year term of imprisonment following his conviction for first degree rape entered against him by the Circuit Court for Calhoun County, Alabama on May 17, 2001. It is this conviction which Petitioner seeks to challenge in the instant application for habeas corpus relief.

**DISCUSSION**

This court, "in the exercise of its discretion and in furtherance of justice," may transfer Petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted" Petitioner. 28 U.S.C. § 2241(d). Petitioner challenges a conviction entered against him by the Circuit Court for Calhoun County, Alabama. Calhoun County is located within the jurisdiction of the United States District Court for the Northern District of Alabama. In light of the foregoing, the court concludes

that the transfer of this case to such other court for hearing and determination is appropriate.[1]

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **September 24, 2007**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the

---

[1] A decision on Petitioner's application for *in forma pauperis* status is reserved for ruling by the United States District Court for the Northern District of Alabama.

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 11th day of September, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE