IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DAVID EUGENE SINQUEFIELD, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:07-cv-801-MEF |
| ) | |
| LEWIS BOYD, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #4) filed on September 19, 2007 is OVERRULED;

(2) The Recommendation of the United States Magistrate Judge (Doc. #3) entered on September 11, 2007 is ADOPTED;

(3) This case be TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 21st day of September, 2007.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE